In the Matter of the Petition of NORMAN PLASS, Appellant, for an Order Revoking Liquor Tax Certificate No. 22,124, Issued to ELSIE M. CLARK, Respondent.

In the Matter of the Petition of NORMAN PLASS, Appellant, for an Order Revoking Liquor Tax Certificate No. 22,107, Issued to RICHARD SHEEKY, Respondent.

*Matter of Plass,* 71 App. Div. 488, 622, affirmed. .
(Argued June 19, 1903; decided June 25, 1903.)

APPEALS from orders of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1902, which affirmed orders of Special Term dismissing petitions for the revocation of liquor tax certificates issued to Elsie M. Clark and Richard Sheeky.

*Elbert B. Hamlin* for appellant.

*Arthur S. Tompkins* for respondents.

Order in each case affirmed, with costs, on opinion below. Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.

---

BRADLEY & CURRIER COMPANY, Appellant, *v.* JACQUES PACHE-TEAU, Respondent.

(Submitted June 22, 1903; decided June 25, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 492.)

---

CLIFFORD T. STRICKLAND, Appellant, *v.* WILLIAM HENRY, Respondent.

(Submitted June 22, 1903; decided June 25, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 372.)